CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 1 2007

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROD TURNER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07-cv-00419 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LT. KINDER, <u>et al.</u>, | ) | By: Samuel G. Wilson |
|     Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Turner's motion for injunctive relief and change of venue shall be and hereby is **DENIED as MOOT**. This case will continue to go forward on Turner's claim for damages.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This October 1, 2007.

_____
United States District Judge