CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 15 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROD TURNER, | ) | Civil Action No. 7:07-cv-00419 |
|     Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| KINDER, et al., | ) | By: Hon. Michael F. Urbanski |
|     Defendants. | ) | United States Magistrate Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that

(1) the May 2, 2007 order (docket number 62) is **VACATED** in part to the extent it directs Turner to respond to the motions for summary judgment with twenty days of the date of entry of the order[6];

(2) Turner's time in which to respond to the motions for summary judgment is **STAYED** until further order of the court;

(3) Turner's motion to compel (docket number 63) is **GRANTED** and defendants shall be and hereby are **DIRECTED** to provide, for in camera review, any documentation concerning any relevant complaints, investigations, civil rights or criminal actions, and disciplinary reports involving any of the defendants subsequent to January of 2003, including any investigations and the results thereof related to the current excessive force complaint, within **twenty (20) days**;

(4) Kinder's motion for a protective order (docket number 65) is **DENIED** without prejudice; and

(5) Turner's motion for an extension of time in which to respond to defendants' objections and motion to continue discovery (docket number 67) are **DENIED**.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to counsel of record for defendants.

**Entered:** This ____ day of May, 2008.

_____
United States Magistrate Judge

---

[6] The court also denied Turner's motion for appointment of counsel in the May 2, 2008 order. That portion of the order remains valid.